UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| GENEE WOODSON,<br><br>    Plaintiff,<br><br>  v.<br><br>HENDERSON WEINSTEIN, WYATT & ASSOCIATES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  **Case No.  1:10-CV-02845-NJV**<br>)<br>)  **ORDER VACATING CASE**<br>)  **MANAGEMENT CONFERENCE AND**<br>)  **RELATED DEADLINES**<br>)<br>)<br>)<br>)<br>) |

In light of the Notice of Voluntary Dismissal that was filed by Plaintiff on November 4, 2010 (Docket No. 9), the November 16, 2010 case management conference and related deadlines in this matter are hereby VACATED.

IT IS SO ORDERED.

DATED: November 5, 2010

_____
The Honorable Nandor J. Vadas
U.S. District Court for the
Northern District of California