United States District Court
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7                         EUREKA DIVISION

8

9   GENEE WOODSON,                         No. 1:10-CV-02845-NJV

10              Plaintiff,                  ORDER DISMISSING CASE

11       v.

12  HENDERSON, WEINSTEIN, WYATT
    & ASSOCIATES, INC.,
13
                 Defendant.
14  _____/

15
16       This action was filed on June 28, 2010, and Plaintiff filed a consent to magistrate judge

17  jurisdiction on August 16, 2010.  (Docket No. 6.)  On October 26, 2010, Plaintiff returned the

    summons issued in this case unexecuted.  (Docket no. 8.)  On November 4, 2010, Plaintiff filed a
18
    notice of voluntary dismissal of this action without prejudice.  (Docket no. 9.)
19
         A plaintiff may voluntarily dismiss an action without court order by filing a notice of
20
    dismissal before the opposing party serves either an answer or a motion for summary judgment.
21
    Fed. R. Civ.P. 41(a)(1)(A)(i).  Here, Defendant was never served and thus never responded to the
22
    complaint.  Thus, dismissal under Rule 41(a)(1)(A)(i) is proper.  *But see* Rule 41(1)(B) ("if the
23
    plaintiff previously dismissed any federal- or state-court action based on or including the same
24
    claim, a notice of dismissal operates as an adjudication on the merits.")
25
         Accordingly, this case is HEREBY DISMISSED.  The Clerk is directed to close this case.
26
    IT IS SO ORDERED.
27
    Dated: March 11, 2013
28
                                            _____
                                            NANDOR J. VADAS
                                            United States Magistrate Judge